

Donald J. Kennedy
Laura Anne Reeds
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. No. 212-238-8707
Attorneys for Plaintiff
Star Tanker Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STAR TANKERS LTD.,

                            Plaintiff,

            - against -

Strachem Pte Ltd. and Traxpo Enterprises Private Ltd.,

                            Defendants.

------------------------------------------------------------X

08 Civ. 5714 (JGK)

ECF CASE

**DISCLOSURE OF INTERESTED PARTIES TO FEDERAL RULE 7.1**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        T. Alendal Rederi AS of Haugesund, Norway is a subsidiary of Star Tankers Ltd.

Dated: June 25, 2008
       New York, New York

                                        By: _____
                                              Donald J. Kennedy
                                              Laura Anne Reeds
                                              Carter Ledyard & Milburn LLP
                                              Two Wall Street
                                              New York, New York 10005-2072
                                              Tel. 212-732-3200
                                              Fax: 212-732-3232

6345367.1