Donald J. Kennedy
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. No. 212-238-8707
Attorneys for Plaintiff
Star Tankers Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STAR TANKERS LTD.,

                Plaintiff,

             - against -

Strachem Pte Ltd. and Traxpo Enterprises Private Ltd.,

                Defendants.

------------------------------------------------------------X

08 Civ. 5714 (JGK)

ECF CASE

**AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT**

State of New York   )
                          ) ss.:
County of New York )

      Jinsoo J. Ro, being duly sworn, deposes and says:

      1.    I am a law clerk with the firm of Carter Ledyard & Milburn LLP, which represents Star Tankers Ltd., the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure.

6345366.1

2. I attempted to locate the Defendants, Strachem Pte Ltd. and Traxpo Enterprises Private Ltd., within this district by conducting the following investigation on June 24, 2008:

    a. I checked the 2007–2008 Verizon company information directory for New York and did not find any listings under Strachem Pte Ltd. or Traxpo Enterprises Private Ltd.

    b. I called directory assistance for New York and was informed that there was no listing for Strachem Pte Ltd. or Traxpo Enterprises Private Ltd. in any of the boroughs of New York City or in the surrounding area.

    c. I searched the White and Yellow Pages for the State of New York on the internet and did not find any listings under Strachem Pte Ltd. or Traxpo Enterprises Private Ltd.

    d. I searched the New York State Division of Corporations information database and did not find any listing under Strachem Pte Ltd. or Traxpo Enterprises Private Ltd.

    e. I conducted an internet search using the Google search engine with the search term "Strachem Pte Ltd." I found a listing for "Strachem Pte Ltd." at 17, Phillip Street, #05-01, Grand Building, Singapore.

    f. I conducted an internet search using the Google search engine with the search term "Traxpo Enterprises Private Ltd." I found one listing for the corporate office of "Traxpo Enterprises Private Ltd." at Jash Chambers, 5th Floor, Sir P.M. Road, Fort, Mumbai- 400 001, India. I found one listing for the registered office of "Traxpo Enterprises Private Ltd." at Tapuriah House, 42/1, Strand Road, Kolkata- 700 007, India. I found one listing for an associate office of "Traxpo Enterprises Private Ltd." at 17, Phillip Street, #05-01, Grand Building, Singapore. An additional result indicated that an associate office/representative of "Traxpo Enterprises Private Ltd." is located in Sao Paulo, Brazil, but did not provide an address.

3.  Based on the foregoing, I submit that the Defendants cannot be "found" within this District for the purpose of obtaining a maritime attachment pursuant to Rule B.

4.  Upon information and belief, the Defendants have, or will have during the pendency of this action, tangible and intangible property within this District and subject to the jurisdiction of this Court, held in the hands of garnishees including, but not limited to, American Express Bank, Bank of America, N.A., Bank of New York, Barclay's Bank, Citibank, N.A., Deutsche Bank Trust Co. Americas, Fortis Bank, HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., La Salle Bank, N.A., Standard Chartered Bank, USB AG, U.S. Bank N.A., Wachovia Bank, N.A. and/or Wells Fargo Bank, N.A. which is due and owing to the Plaintiff.

5.  This is Plaintiff's first request for this relief made to any Court.

WHEREFORE, the Plaintiff respectfully requests that this Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of Defendant's tangible and intangible property within this District in the hands of the aforesaid garnishees.

Dated:   June 25, 2008
         New York, NY

_____
Jinsoo J. Ro

Sworn and subscribed to before me
this 25th day of June 2008.

_____
Notary Public

MARITZA LEON
Notary Public, State of New York
No. 01LE6003817
Qualified in Nassau County
Commission Expires March 9, 2010