Carter Ledyard & Milburn LLP
Attorneys for Plaintiff
Star Tankers Ltd.
Donald J. Kennedy
Laura Anne Reeds
Two Wall Street
New York, New York 10005-2072
Tel. No. 212-238-8707

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

STAR TANKERS LTD.,

                Plaintiff,

      - against -

Strachem Pte Ltd. and Traxpo Enterprises Private Ltd.,

                Defendant.
-----------------------------------------------------------X

08 Civ. 5714 (JGK)

ECF CASE

**ORDER DIRECTING CLERK TO ISSUE PROCESS OF MARITIME ATTACHMENT AND <u>GARNISHMENT</u>**

      Upon reading and filing the Verified Complaint of the Plaintiff herein, verified on the 25th day of June, 2008, and the affidavit of Jinsoo J. Ro, sworn to on the 25th day of June, 2008, that to the best of his information and belief, the Defendant cannot be found within this District for the purpose of an attachment under Supplemental Rule B(1), and the Court having found that the conditions required by Rule B(I) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist.

6345411.1

NOW, upon motion of Carter Ledyard & Milburn LLP, attorneys for the Plaintiff, it is hereby

ORDERED, that the Clerk of this Court is directed forthwith to issue the Process of Maritime Attachment and Garnishment for seizure of all assets of the Defendant as described therein in the possession, custody or control of, or being transferred through American Express Bank, Bank of America, N.A., Bank of New York, Barclay's Bank, Citibank, N.A., Deutsche Bank Trust Co. Americas, Fortis Bank, HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., La Salle Bank, N.A., Standard Chartered Bank, USB AG, U.S. Bank N.A., Wachovia Bank, N.A. and/or Wells Fargo Bank, N.A., and any other garnishee(s) on whom a copy of the Order of Attachment may be served, in the amount of $1,445,944.70 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: New York, New York
June 25, 2008

_____
U.S.D.J.